IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THELMA WILLIAMS
ADC #93197                                                                PLAINTIFF

v.                          Case No. 5:10-cv-362-DPM-JJV

L. FREE, B. SMALLWOOD,
CURTIS MEINZER, and JIMMY
BANKS                                                                   DEFENDANTS

JUDGMENT

Williams's complaint is dismissed without prejudice. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2011